Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Darryl Lee MCMILLAN |
| **Docket Number:** | 1:92CR05264-003 |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12-13-93 |
| **Original Offense:** | Count 1:  18 USC 2119 and 18 USC 2 - Carjacking and Aiding and Abetting (CLASS B FELONY)<br>Count 2:  18 USC 924(c)(1) and 18 USC 2 - Use of a Firearm During and in Relation to Crime of Violence and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | As to Count 1: 300 months Bureau of Prisons; As to Count 2: 60 months Bureau of Prisons, Count 2 to be served consecutive to Count 1; 5 years supervised release; $2,120 restitution; $100 special assessment; mandatory drug testing |
| **Special Conditions:** | Warrantless search; participate in substance abuse counseling/testing; shall make payments of restitution heretofore ordered in installments as determined by the U. S. Probation Officer. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 12-30-05 |
| **Assistant U.S. Attorney:** | Patrick Hanly     **Telephone:** (559) 497-4500 |
| **Defense Attorney:** | Francine Zepeda   **Telephone:** (559) 487-5561 |

**RE:   Darryl Lee MCMILLAN**
        **Docket Number:  1:92CR05264-003 REC**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

<u>**03-25-96**</u>**:**          Re-sentencing, following the case being returned from the Ninth Circuit.  Sentenced to a total term of 300 months; 240 months on Count 1 and 60 months on Count 2, to be served consecutively.

<u>**06-04-01**</u>**:**          Re-sentencing, following the U. S. Supreme Court's ruling on <u>Jones v. United States, 526 U.S. 227 (1999)</u>.  Amended judgment 180 months as to Count 1 and 60 months as to Count 2, to be served consecutive for a total term of 240 months.  The Court then departed downward 60 months on Count 1, for a total term of 180 months, 5 years supervised release, all previous special conditions of supervision reinstated.

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> The defendant shall reside and participate in a residential community correctional center, for a period not exceed 90 days; said placement shall commence as directed by the probation officer pursuant to 18 USC 3563(b)(11).  The defendant shall pay cost of confinement as determined by the Bureau of Prisons.

**Justification:**    On December 30, 2005, the releasee reported to the U. S. Probation Office for a scheduled appointment and was instructed as to the conditions of his supervised release.  On January 3, 2006, the releasee submitted to random urinalysis testing at the Turning Point, Community Correction Center and provided a urine specimen in reference to bar code number C00340649, which tested positive for cocaine.  The undersigned officer counseled with Mr. McMillan and expressed concern that within 3 days of his release from the Turning Point, Community Corrections Center he relapsed with the

**RE:    Darryl Lee MCMILLAN**
       **Docket Number:  1:92CR05264-003 REC**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

use of cocaine.  Mr. McMillan agreed to participate in a community corrections based program to obtain counseling and signed the Waiver of Hearing form.

On February 1, 2006, the releasee entered the Turning Point, Community Corrections Center located in Fresno, California to initiate program services while awaiting a Court disposition.  According to initial reports from the Turning Point, Community Corrections Center in Fresno, it appears the releasee is making a positive transition into the facility. It is respectfully recommended the Court modify the conditions of release to require the releasee to participate in the Turning Point, Community Corrections Center for a period not to exceed 90 days.

Respectfully submitted,

/s/ Lonnie E. Stockton

**LONNIE E. STOCKTON**
**United States Probation Officer**
Telephone:  (661) 861-4124

**DATED:**    February 28, 2006
             Bakersfield, California
             LES:ks


**REVIEWED BY:**    /s/ Rick C. Louviere
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

**RE:    Darryl Lee MCMILLAN**
**       Docket Number:  1:92CR05264-003 REC**
**       PETITION TO MODIFY THE CONDITIONS OR TERM**
**       OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( X )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   March 3, 2006**                              /s/ Oliver W. Wanger
emm0d6                                                  UNITED STATES DISTRICT JUDGE