Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | DARRYL LEE MCMILLAN |
| **Docket Number:** | 1:92CR05264-003 OWW |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 12/13/1993 |
| **Original Offense:** | Count 1:  18 USC 2119 and 18 USC 2, Carjacking and Aiding and Abetting   (CLASS B FELONY)<br>Count 2:  18 USC 924(c)(1) and 18 USC 2, Use of Firearm During and in Relation to Crime of Violence and Aiding and Abetting (CLASS D FELONY) |
| **Original Sentence:** | Count 1, 300 months BOP; Count 2, 60 months BOP, consecutively to Count 1; 5 years TSR; $2,120 restitution; $100 special assessment; mandatory drug testing. |
| **Special Conditions:** | Warrantless search; substance abuse counseling and testing; pay restitution in installments as determined by the probation officer. |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | 12/30/2005 |
| **Assistant U.S. Attorney:** | Dawrence Rice     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Mark W. Coleman   **Telephone:** (559) 233-2900 |

**RE:    DARRYL LEE MCMILLAN**
**Docket Number: 1:92CR05264-003 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| **03/25/1996:** | Re-sentencing after return on appeal.  Sentenced to a total term of 300 months BOP, 240 months on count 1 and 60 months on Count 2, to be served consecutively. |
| **06/04/2001:** | Re-sentencing after return on appeal.  Sentenced to 180 months BOP (downward departure). |
| **12/30/2005:** | Began term of supervised release. |
| **02/28/2006:** | The Court was advised of the defendant's use of cocaine.  The recommendation was for a modification of the conditions of supervision to include placement in a community corrections center for 90 days.  The Court approved the modification. |
| **06/13/2006:** | A Violation Petition was submitted alleging the following: Charge 1:  Failure to Comply with Probation Officer Directive; Charge 2:  Failure to Report Change of Address; and Charge 3:  Failure to Attend Substance Abuse Counseling. |
| **01/06/2006:** | After admitting Charges 1 and 3, defendant was committed to the BOP for 8 months with 3 years of TSR to follow with the same previously imposed conditions of supervision. |

**RE:   DARRYL LEE MCMILLAN**
       **Docket Number: 1:92CR05264-003 OWW**
       **PETITION TO MODIFY THE CONDITIONS OR TERM**
       **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

The defendant shall reside and participate in a residential reentry center, Turning Point, Bakersfield for a period of up to 120 days; said placement shall commence as directed by the probation officer.  The defendant shall pay the costs of confinement.

**Justification:**   The defendant is scheduled to be released from the Bureau of Prisons on July 3, 2007, to begin his 3-year term of supervised release.  He has no release plan.  The Turning Point Residential Reentry Center has accepted the defendant as a public law placement in order to allow the defendant to obtain employment and a suitable residence.  The defendant has agreed to the above modification by signing the Waiver of Hearing form while still in the Bureau of Prisons.

Respectfully submitted,

/s/ Rick C. Louviere

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**
Telephone: (661) 861-4422

**DATED:**   July 2, 2007
            Bakersfield, California
            RCL

**RE: DARRYL LEE MCMILLAN**
**Docket Number: 1:92CR05264-003 OWW**
**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

(X) Modification approved as recommended.

( ) Modification not approved at this time. Probation Officer to contact Court.

( ) Other:

IT IS SO ORDERED.

**Dated: July 2, 2007**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE